**Abatement Order issued January 27, 2015.**



**In The**

# Fourteenth Court of Appeals

————————————

## NO. 14-13-00749-CV

————————————

### JANELL SUE MARIN, Appellant

### V.

### JOEL JOSEPH MARIN, Appellee

**On Appeal from the 300th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 56502**

## ABATEMENT ORDER

Appellant, Janell Sue Marin, attempts to appeal a final decree of divorce signed by a special judge under chapter 151 of the Texas Civil Practice and Remedies Code. *See generally* Tex. Civ. Prac. & Rem. Code Ann. §§ 151.001–.013 (West, Westlaw through 2013 3d C.S.).

Under Chapter 151, the parties may not appeal the verdict of a special judge until (1) the special judge submits a "verdict" to the trial court, (2) all parties and all claims in the case are disposed of, and (3) the trial court signs an order that

memorializes the finality of the case. Tex. Civ. Prac. & Rem. Code Ann. §§ 151.001, .004, .011–.013; *see also Baroid Equipment, Inc. v. Odeco Drilling, Inc.*, 64 S.W.3d 504, 505–506 (Tex. App.—Houston [1st Dist.] 2001, *opinion after remand*, 184 S.W.3d 1, 11, pet. denied) (abating appeal until trial court signed final judgment). "An appeal is from the order of the referring judge's court . . . ." Tex. Civ. Prac. & Rem. Code Ann. §§ 151.013. The clerk's record does not contain a final order from the referring court.

Accordingly, the court issues the following order:

(1) For administrative purposes only, and without surrendering jurisdiction, this appeal is abated, will be treated as a closed case, and removed from the court's active docket.

(2) The cause is remanded to the trial court for further proceedings related to the submission to the trial court of the special judge's verdict. *See* Tex. R. App. P. 27.2.

(3) The appeal will be reinstated on the court's active docket if a supplemental clerk's record containing a final order of the trial court is filed with this court.

(4) This appeal is subject to being dismissed for want of jurisdiction if a supplemental clerk's record containing a signed, appealable final order is not filed in this court within thirty days after the date of this order. *See* Tex. R. App. P. 42.3(a).


/s/    John Donovan
       Justice

Panel consists of Justices Boyce, Jamison, and Donovan.